**Josephat MUA, Plaintiff–Appellant,**

**v.**

**The MARYLAND OFFICE OF the ATTORNEY GENERAL; the Maryland State Department of Education; Prince George's County, Maryland; Hon. Nancy K. Kopp, State Treasurer, Defendants–Appellees.**

No. 16-1503

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Josephat Mua, Appellant Pro Se. William H. Fields, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; William Antoine Snoddy, COUNTY ATTORNEY'S OFFICE, Upper Marlboro, Maryland; Elizabeth Lynn Adams, MARYLAND NATIONAL CAPITAL PARK & PLANNING COMMISSION, Riverdale, Maryland, for Appellees.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

(2012).

PER CURIAM:

Josephat Mua appeals the district court's order dismissing his civil complaint against several Defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Mua's informal briefs do not challenge the bases for the district court's disposition, Mua has forfeited appellate review of the district court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's order of dismissal. Mua v. Attorney Gen., Md., No. 8:14–cv–02070–PJM, 2016 WL 1258469 (D. Md. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED